# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-5535RAJ |
|---|---|
| Plaintiff, | DETENTION ORDER |
| v. | |
| ERIK ROAN, | |
| Defendant. | |

Based upon the Defendant's admission to four violations of the conditions of his bond, the Court revokes the Appearance Bond and orders Defendant's detention pending further proceedings.

The Court further orders Defendant to be released from custody on Saturday, November 4, 2017, from 11:00 a.m. to 3:00 p.m. Defendant shall self-surrender to the Federal Detention Center at SeaTac no later than 3:00 p.m. on November 4, 2017.

The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 3rd day of November, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

DETENTION ORDER - 1